1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

JEFF BRINKMAN CRANE,                    )   1:12-cv-00103 AWI GSA

11                                      )

       Plaintiff,                       )   **ORDER DIRECTING PLAINTIFF TO**

12                                      )   **SERVE COMPLAINT; ORDER**

    v.                                  )   **DIRECTING PLAINTIFF TO**

13                                      )   **COMPLETE SERVICE OF PROCESS**

BANK OF NEW YORK MELLON, et al.,        )   **WITHIN 120 DAYS**

14                                      )

       Defendants.                      )

15   _____ )

16

17                        **PROCEDURAL BACKGROUND**

18        On January 23, 2012, Plaintiff Jeff Brinkman Crane filed a complaint naming the

19   following entities as defendants: (1) Bank of New York Mellon; (2) CWALT, Inc.; (3) Bank of

20   America N.A.; (4) BAC home Loans Servicing, LP, CWALT, Inc.; (5) Recontrust Company

21   N.A.; and (6) Mortgage Electronic Registration System, Inc.  (Doc. 1.)  That same date, Plaintiff

22   filed the $350.00 filing fee.  (Receipt No. CAE100017622.)

23                              **DISCUSSION**

24        Plaintiff paid the filing fee in full upon initiating this action.  Because Plaintiff is not

25   proceeding in forma pauperis, it is Plaintiff's responsibility to effect service of the summons and

26   complaint on the named defendants.  On January 25, 2012, the Clerk of the Court issued

27

28                                      1

1  summonses to Plaintiff for the purpose of service of process of the aforementioned named

2  defendants.  Fed. R. Civ. P. 4.

3      Plaintiff shall complete service of process in accordance with Rule 4 of the Federal Rules

4  of Civil Procedure, or within 120 days from the date of service of this order.  Plaintiff shall serve

5  a copy of this order on defendants, together with a copy of the summons and complaint.  The

6  following two sections contain instruction on how to serve defendants.

7      **A.      Waiver of Service**

8      Pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, Plaintiff may (but is not

9  required to) notify defendants of the commencement of this action and request that defendants

10  waive service of the summons.  Fed. R. Civ. P. 4(d)(2).  If Plaintiff wishes to do this, he must

11  mail defendants (1) the form entitled "Notice of Lawsuit and Request for Waiver of Service for

12  Summons," (2) the form entitled "Waiver of Service of Summons," and (3) a copy of the

13  complaint.  The documents must be addressed directly to defendants and must be sent via first

14  class United States Mail.  The Waiver of Service of Summons form must set forth the date on

15  which the request is sent and must allow defendants at least thirty (30) days in which to return the

16  waiver to Plaintiff.  If defendants sign and return the waiver forms to Plaintiff, Plaintiff must then

17  file the forms with the Court.  After filing the forms with the Court, Plaintiff need not take any

18  further steps to serve defendants.  Fed. R. Civ. P. 4(d)(4).

19      **B.      Personal Service**

20      If either (1) Plaintiff does not wish to request defendants to waive service, **OR** (2) any

21  defendant fails to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must have

22  personal service effected on defendant or defendants.  **Each defendant must be personally**

23  **served with a summons and copy of the complaint, along with a copy of this order**.  *Plaintiff*

24  *may not effect personal service himself*.  Fed. R. Civ. P. 4(c).  Service may be effected by any

25  person who is not a party to this action and who is at least eighteen years old.  *Id*.  The Court will

26

27

28                                                  2

1   provide Plaintiff with a copy of Rule 4 along with this order.  More specifically, Plaintiff should

2   review Rule 4(e)(2), which addresses how personal service may be effected.

3                                   **CONCLUSION AND ORDER**

4           In accordance with the above, IT IS HEREBY ORDERED that:

5           1.      The Clerk of the Court is directed to send Plaintiff the following:

6                   (a)     One (1) copy of the complaint filed January 23, 2012

7                   (b)     One (1) copy of the form entitled "Notice of Lawsuit and Request for

8                           Waiver of Service of Summons"

9                   (c)     One (1) copy of the form entitled "Waiver of Service"

10                  (d)     One (1) copy of the form entitled "Consent to Proceed Before United

11                          States Magistrate Judge" with instructions, and

12                  (e)     One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

13          3.      Plaintiff shall complete service of process on all defendants within **one-hundred**

14  **twenty (120) days** from the date of service of this order.  Plaintiff shall serve a copy of this order

15  and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on each

16  defendant at the time of service of the summons and complaint;

17          4.      Plaintiff's failure to timely complete service of the complaint on defendants may

18  result in dismissal of this action.  Fed. R. Civ. P. 4(m).

19          IT IS SO ORDERED.

20      **Dated:**   **January 26, 2012**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28                                                  3