# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BRINKMAN CRANE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT ALTERNATIVE LOAN TRUST 2005-14; CWALT, INC.; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 100, inclusive<br><br>Defendants. | 1:12-CV-00103 AWI-GSA<br><br>ORDER VACATING MAY 7, 2012 HEARING DATE AND TAKING DEFENDANTS' MOTION TO DISMISS UNDER SUBMISSION |

Defendants have noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on May 7, 2012. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 23, 2012. Plaintiff has not done so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 7, 2012, is VACATED, and no party shall appear at that time. As of May 7, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE